IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAURIE McKEE, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:09-0321 |
| | ) JUDGE KNOWLES |
| | ) JURY DEMAND |
| STATE OF TENNESSEE, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith (Docket No. 39), Defendant's Motion for Summary Judgment (Docket No. 25) is GRANTED, the Court finding that there is no genuine issue as to any material fact and that Defendant is entitled to a judgment as a matter of law. This action, therefore, is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge